LAURENT J. TONNELE, Respondent, v. FRANCIS S. WETMORE, et al., Individually and as Trustees under the Will of FRANCIS G. WETMORE, Deceased, et al., Appellants.

Reported below, 124 App. Div. 686.
(Submitted June 8, 1908; decided June 12, 1908.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1908, reversing a judgment in favor of defendants entered upon the report of a referee and granting a new trial in an action to recover possession of an undivided interest in certain real property.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*John R. Halsey* for motion.

*W. T. Emmet* and *Charles Emmet* opposed.

Motion denied, with ten dollars costs.

———

ABRAHAM ELTERMAN, Appellant, v. JACOB HYMAN, Respondent.

(Submitted June 8, 1908; decided June 12, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 192 N. Y. 113.)

———

GABRIEL C. ST. JOHN, as Executor of and Trustee under the Will of WALLACE C. ANDREWS, Deceased, Respondent, v. THE ANDREWS INSTITUTE FOR GIRLS et al., Respondents, and SMITHSONIAN INSTITUTION et al., Appellants.

(Submitted March 30, 1908; decided June 12, 1908.)

Motion for re-argument denied, with ten dollars costs, no Federal question having been raised in this court. (See 191 N. Y. 254.)